FILED

2012 Aug-30  AM 11:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| DEBBIE KLEMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | 7:11-cv-0889-PWG |
| CAB ASSET MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, this action is DISMISSED WITHOUT PREJUDICE for want of prosecution. Costs are taxed as paid.

Done the 30th day of August, 2012.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE